STATE OF INDIANA )
COUNTY OF MARION )

BEFORE ME, the undersigned Notary, personally appeared Julie Martin, known to be of lawful age, who being first duly sworn on her oath, deposes and says:

1. I am at least 18 years of age;

2. I reside at 4424 Estate Boulevard, Apt. 1, Indianapolis, IN 46227;

3. During the time period from September 2016 through March 2017 I was employed with Carrier Corporation;

4. During the time period November 2016 through March 2017, Christopher Kaps was my immediate supervisor at Carrier Corporation;

5. Sometime between September 2016 and February 2017, I had on several occasions met with Christopher Kaps after working hours. During these social gatherings also present were friends and family members;

6. I have never met with Christopher Kaps alone socially after working hours;

7. Sometime in February 2017, Christopher Kaps declined three of my invitations to meet socially after working hours;

8. Sometime in or about February 2017, Supervisor Christopher Kaps had cause to counsel me regarding the use of personnel protective equipment inside the plant at Carrier;

9. Sometime between February and March 2017, I reported to Carrier that Christopher Kaps was 'Stalking' and 'Harassing' me after working hours;

10. My reporting to Carrier that Christopher Kaps was 'Stalking' and 'Harassing' me was not true;

I hereby swear under penalty of perjury, the forgoing statements are true and correct.

*Julie Martin*
JULIE MARTIN

Subscribed and sworn to before me this ___14th___ day of ___April___ 2018.

Notary Seal
JENNIFER R. ROBERTS
Marion County
My Commission Expires
July 20, 2025

Notary Public

My Commission expires: ___July 20___ 20 _18_.