UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER KAPS, )<br>  )<br>    Plaintiff, )<br>  )<br>  vs. )<br>  )<br> TJ BRAY, AMY MARTINEZ, )<br> TIM LEATH, MIKE STEVENS )<br> CARRIER CORPORATION, )<br>    Defendants. ) | Cause No. 1:18-cv-01832-SEB-MPB |

**STATUS REPORT**

COMES NOW, Plaintiff, by undersigned counsel, pursuant to the Court's Order of September 25, 2018 [Dkt #20], Plaintiff provides the following status report in this matter.

1. Plaintiff's service with the United States Marine Corps Officer Candidate School will be completed on or about November 17, 2018;

2. Plaintiff will be ready to proceed with prosecuting his lawsuit at that time.

Respectfully submitted:

*/s/John Robert Panico*
PANICO LAW LLC
9465 Counselors Row, Suite 200
Indianapolis, IN 46240
(317) 759-7464
jpanico@discriminationlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October 2018, a copy of the foregoing STATUS REPORT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record. Parties may access this filing through the Court's system

*/s/John Robert Panico*