UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER KAPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:18-cv-1832 SEB-MPB |
| ) | |
| TJ BRAY, AMY MARTINEZ, ) | |
| TIM LEATH, MIKE STEVENS ) | |
| CARRIER CORPORATION, and DOES ) | |
| ONE THROUGH FIVE ) | |
| Defendants. ) | |

**MOTION TO AMEND COMPLAINT**

Comes now the Plaintiff, CHRISTOPHER KAPS, by counsel, and moves the Court pursuant to Fed. R. Civ. P. 15 and S.D. Ind. Local Rule 15-1 for an order allowing Plaintiff to amend his Complaint in the above-entitled matter adding a cause of action for a violation of Title VII of the Civil Rights Act of 1964 for gender discrimination, and adding the parties Does One through Five, and states as follows:

1. This Motion to Amend Complaint is brought before the deadline set forth in the Case Management Plan;

3. That Defendant's counsel was advised on October 3, 2018 and advised they would respond by October 12, 2018. To date, defendant has not objected or agree to Plaintiff's Motion.

WHEREFORE, the Plaintiff respectfully requests that Plaintiff be permitted to amend his complaint adding a cause of action for a violation of Title VII of the Civil Rights Act of 1964 for gender discrimination, and adding the parties Does One through Five, in this matter, and for all other relief just and proper in the premises.

Respectfully submitted,

**PANICO LAW LLC**

/s/John Robert Panico
John Robert Panico 24039-48
PANICO LAW LLC
9465 Counselors Row, Suite 200
Indianapolis, IN 46240
(317) 759-7464
jpanico@discriminationlawgroup.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October 2018, a copy of the foregoing MOTION TO AMEND COMPLAINT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record. Parties may access this filing through the Court's system

/s/John Robert Panico