**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| CHRISTOPHER KAPS, )<br>  )<br>  Plaintiff, )<br>  )<br> vs. )<br>  )<br> TJ BRAY, AMY MARTINEZ, )<br> TIM LEATH, MIKE STEVENS )<br> CARRIER CORPORATION, and DOES )<br> ONE THROUGH FIVE )<br>  Defendants. ) | Cause No. 1:18-cv-1832 SEB-MPB |

**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES**

On January 28, 2019, Plaintiff Christopher Kaps, by counsel, served his initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure on all parties to this matter:

Respectfully submitted,

*/s/John Robert Panico*
John Robert Panico 24039-48
PANICO LAW LLC
9465 Counselors Row, Suite 200
Indianapolis, IN 46240
(317) 759-7464
(317) 805-2743 (f)
jpanico@discriminationlawgroup.com

*Attorney for Plaintiff Christopher Kaps*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record. Parties may access this filing through the Court's system

*ss://John Robert Panico*