UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER KAPS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Cause No. 1:18-cv-01832-JRS-MPB |
| | ) |
| TJ BRAY, AMY MARTINEZ, | ) |
| TIM LEATH, MIKE STEVENS | ) |
| CARRIER CORPORATION, | ) |
| | ) |
|    Defendants. | ) |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

COME NOW, the plaintiff, by counsel, and hereby submits the following list of witnesses of which some, but not necessarily all, may be called to testify at the trial of the above-captioned matter subject to the provision that investigation is incomplete and continuing. Plaintiff reserves the right to amend this list as discovery proceeds:

1. Plaintiff;
2. Defendants and owners of the company;
3. Employees and independent contractors, present and prior, including officers, office personnel;
4. Any and all witness listed on the Defendant's Witness List.
5. Economist, undetermined at this time;
6. All persons necessary to identify and authenticate any exhibit to this case;
7. Julie Martin's relatives; friends; neighbors; co-workers; and others who are familiar with the plaintiff;
8. Any and all witnesses whose purpose is rebuttal and/or impeachment;
9. Any witnesses revealed in any discovery done in this case;
10. Any and all witnesses discovered between now and the time of trial.

                                                    Respectfully submitted:

        */s/John Robert Panico*
        PANICO LAW LLC
        9465 Counselors Row, Suite 200
        Indianapolis, IN 46240
        (317) 759-7464
        jpanico@discriminationlawgroup.com

        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record. Parties may access this filing through the Court's system

        */s/John Robert Panico*