UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER KAPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:18-cv-01832-JRS-MPB |
| ) | |
| TJ BRAY, AMY MARTINEZ, ) | |
| TIM LEATH, MIKE STEVENS ) | |
| CARRIER CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S PRELIMINARY EXHIBIT LIST**

COMES NOW the plaintiff, by counsel, and hereby submit the following list of exhibits of which some, but not necessarily all, may be entered into evidence at the trial of the above-captioned matter subject to the provision that investigation is incomplete and continuing and plaintiffs reserve the right to amend this list as discovery proceeds.

1. All documents, applications for employment, checks, check stubs, work schedules, files, memos, notes or correspondence of any kind exchanged between the parties;
2. Any and all exhibits listed on the defendant's Exhibit List;
3. Any part or all of the depositions taken in this matter;
4. Any depositions taken subsequent to the filing of this List;
5. Any or all pleadings and Interrogatories filed in this cause;
6. Demonstrative exhibits for the purpose of demonstrating liability and injuries;
7. All documents produced by any party in the course of this litigation;

Plaintiff reserves the right to supplement this list after the defendant's depositions have been obtained and additional discovery submitted to defendant has been returned to plaintiff.

Respectfully submitted:

*/s/John Robert Panico*

PANICO LAW LLC
9465 Counselors Row, Suite 200
Indianapolis, IN 46240
(317) 759-7464
jpanico@discriminationlawgroup.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of February 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record. Parties may access this filing through the Court's system

*/s/John Robert Panico*
