UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER KAPS, )<br>  )<br>  Plaintiff, )<br>  )<br>  vs. )<br>  )<br>TJ BRAY, AMY MARTINEZ, )<br>TIM LEATH, MIKE STEVENS )<br>CARRIER CORPORATION, and DOES )<br>ONE THROUGH FIVE )<br>  Defendants. ) | Cause No. 1:18-cv-01832-JRS-MPB |

## **DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendants TJ Bray, Amy Martinez, Tim Leath, Mike Stevens and Carrier Corporation, through their undersigned counsel, submit the following Preliminary Witness and Exhibit List. As discovery is ongoing, Defendants reserve the right to correct, clarify, supplement or otherwise amend their witness and exhibit lists pursuant to the Case Management Plan and the orders of this Court.

### WITNESSES

1. Christopher Kaps

2. Julie Martin

3. Amy Martinez

4. TJ Bray

5. Timothy Leath

6. Michael Stevens

7. Any and all witnesses listed by Plaintiff in his initial disclosures and witness lists, including any supplements or amendments thereto.

8. Any and all necessary rebuttal witnesses.

54974809v.2

9. Any and all witnesses subsequently revealed during discovery including those identified in the parties' answers to interrogatories, responses to document requests and depositions.

10. Custodians and other persons necessary to authenticate or establish the admissibility of exhibits.

## EXHIBITS

1. Plaintiff's personnel documents;

2. Plaintiff's payroll documents;

3. Non-privileged documents relating to Plaintiff's employment with Carrier;

4. Company policies including the Conflict of Interest Policy;

5. Non-privileged documents concerning Carrier's investigation into the concerns Julie Martin raised about Plaintiff;

6. Disciplinary Review Committee Review Report;

7. All exhibits attached to any pleadings;

8. Any and all materials identified/obtained through discovery by either party;

9. Any and all exhibits listed by Plaintiff in the case, including any supplements or amendments thereto;

10. Any and all documents or records relied upon by any expert witnesses; and

11. Any and all exhibits necessary for rebuttal or impeachment.

Defendants reserved the right to amend or supplement this Preliminary Witness and Exhibit List.

DATED:  February 21, 2019

        Respectfully submitted,

        CARRIER CORPORATION, TJ BRAY, TIMOTHY LEATH, AMY MARTINEZ AND MICHAEL STEVENS

        By: */s/ Misty R Martin*
            Uma Chandrasekaran
            uchandrasekaran@seyfarth.com
            Misty R. Martin
            mrmartin@seyfarth.com
            SEYFARTH SHAW LLP
            233 South Wacker Drive
            Suite 8000
            Chicago, Illinois  60606-6448
            Telephone:     (312) 460-5000
            Facsimile:       (312) 460-7000

        ATTORNEYS FOR DEFENDANTS CARRIER CORPORATION, TJ BRAY, TIMOTHY LEATH, AMY MARTINEZ AND MICHAEL STEVENS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER KAPS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TJ BRAY, AMY MARTINEZ, TIM LEATH, MIKE STEVENS, CARRIER CORPORATION, and DOES ONE THROUGH FIVE,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01832-JRS-MPB |

CERTIFICATE OF SERVICE

　　I hereby certify that on February 21, 2019, I served the foregoing DEFENDANTS'

PRELIMINARY WITNESS AND EXHIBIT LIST by e-mail on the following counsel of record:

>　　John Robert Panico
>　　PANICO LAW LLC
>　　9465 Counselors Row, Suite 200
>　　Indianapolis, IN 46240
>　　jpanico@discriminationlawgroup.com


>　　　　　　　　　　　　　　　　　　　　*s/ Misty R. Martin*
>　　　　　　　　　　　　　　　　　　　　Counsel for Defendants

54974809v.2