## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

CHRISTOPHER KAPS,

     Trustees,

  v.

TJ BRAY, AMY MARTINEZ,
TIM LEATH, MIKE STEVENS,
CARRIER CORPORATION, and DOES
ONE THROUGH FIVE,

     Defendants.

Case No. 1:18-cv-01832-JRS-MPB

### JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE

Plaintiff CHRISTOPHER KAPS and Defendants TJ BRAY, AMY MARTINEZ, TIM
LEATH, MIKE STEVENS, and CARRIER CORPORATION, by their attorneys and pursuant to
Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that Plaintiff's cause of
action is hereby dismissed in its entirety, ***with prejudice***.  Each party will bear its own costs.

Respectfully and jointly submitted,


ATTORNEYS FOR PLAINTIFF

By:   _s/John Robert Panico_____
John Robert Panico
PANICO LAW LLC
9465 Counselors Row, Suite 200
Indianapolis, IN 46240
Tele: (317) 759-7464
Fax: (317) 805-2743
panico.avoue@gmail.com

ATTORNEYS FOR DEFENDANTS

Uma Chandrasekaran
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
Tel: (312) 460-5000
Fax: (312) 460-7000
uchandrasekaran@seyfarth.com

By:   _s/Misty R. Martin_____
Misty R. Martin
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
mrmartin@seyfarth.com

56209657v.1

**CERTIFICATE OF SERVICE**

I, Misty R. Martin, an attorney, do hereby certify that on May 24, 2019, I have caused a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE* to be filed with the Clerk of the Court using the CM/ECF system, which will serve a copy on all counsel of record in this matter, who has registered with the Court's CM/ECF system.

By: *s/Misty R. Martin*