Dismissal with prejudice acknowledged.
JRS, DJ, 5/28/19
Distribution to all parties of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER KAPS,<br><br>    Trustees,<br><br>    v.<br><br>TJ BRAY, AMY MARTINEZ,<br>TIM LEATH, MIKE STEVENS,<br>CARRIER CORPORATION, and DOES<br>ONE THROUGH FIVE,<br><br>    Defendants. | Case No. 1:18-cv-01832-JRS-MPB |

**JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE**

Plaintiff CHRISTOPHER KAPS and Defendants TJ BRAY, AMY MARTINEZ, TIM LEATH, MIKE STEVENS, and CARRIER CORPORATION, by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that Plaintiff's cause of action is hereby dismissed in its entirety, *with prejudice*. Each party will bear its own costs.

56209657v.1